IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.    Case No.: 3:25mj144/HTC

LADARRIUS R. MARTIN

AFFIDAVIT IN SUPPORT OF
AN APPLICATION FOR A SEARCH WARRANT

I, Christopher A. Myers, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") and have been so employed since December 2020. I am currently assigned to the Jacksonville Field Office, Pensacola Resident Agency, Florida. Prior to my employment with the FBI, I was a police officer for the Blue Springs Police Department located in Blue Springs, Missouri, as well as a deputy sheriff for the Wyandotte County Sheriff's Office located in Kansas City, Kansas, encompassing a total of fourteen (14) years of law enforcement experience.

2. During my tenure as a SA with the FBI, I have participated in investigations of persons suspected of various violations of Title 18 of the United States Code ("USC") to include various cyber related federal violations, as well as

FILED USDC FLND PN
APR 30 '25 PM1:45

fraud, money laundering, human trafficking, crimes against children, and violent crime. I am a member of the Child Exploitation and Human Trafficking Task Force ("CEHTTF") for the FBI and have been an active participant in multiple search warrants and/or operations under the purview of the North Florida Internet Crimes Against Children Task Force involving the online sexual exploitation of children.

3. I have set forth the facts that I believe are necessary to establish probable cause to believe that LaDarrius Rasheed **MARTIN ("MARTIN")** has violated: 18 USC § 2422(b), Coercion and Enticement of a Minor; 18 USC § 2423(b), Interstate Travel With Intent to Engage in a Sexual Act With a Minor; 18 USC § 2251(a), Production of Visual Depictions of Minors Engaged in Sexually Explicit Conduct; and 18 USC § 2252A, Receipt and Distribution of Child Pornography. Since this Affidavit is being submitted for the limited purpose of securing a Criminal Complaint, I have not included all facts known to me concerning this investigation.

## INITIAL REPORTING

4. On or about July 24, 2024, Escambia County Sheriff's Office ("ECSO") responded to the residence of a juvenile male, henceforth "Male Victim

2

1" or "MV1," date of birth: REDACTED, 2006,[1] who provided the following information:

5.  In 2023, MV1 received a Snapchat friend request from username "savagetrucker22." MV1 accepted the friend request and developed a relationship with the subject, later identified as **MARTIN**, date of birth: REDACTED, 1987, residential address: REDACTED, Ridgeland, Mississippi 39157, cellular telephone numbers REDACTED-4418 and REDACTED-2876. MV1 was able to provide the above listed information about **MARTIN** due to **MARTIN** having shared his information with MV1 via "Life360," an application wherein family members and/or friends can share their constant location with users within the group's "circle."

6.  In or around September 2023, **MARTIN** met MV1 in person in Pensacola, Florida. On multiple occasions, **MARTIN** traveled from his home in Mississippi and picked MV1 up from his residence in Pensacola. From there, **MARTIN** took MV1 to a local hotel. Inside the hotel room, **MARTIN** provided MV1 with alcohol and, once MV1 was intoxicated, **MARTIN** had sex with MV1. Occasionally, **MARTIN** would provide MV1 with marijuana instead of alcohol. MV1 did not like the way marijuana made him feel, so he refused the marijuana.

---

[1] As of April 30, 2025, MV1 is currently eighteen (18) years old.

This angered **MARTIN** which resulted in **MARTIN** "forcing" MV1 to perform sexual acts on **MARTIN**. MV1 clarified he was never physically forced to engage in sexual acts, but was intimidated into doing so while sober, or while under the influence of alcohol.

7. MV1 and **MARTIN** performed oral sex on each other, but when it came to anal penetration, **MARTIN** always penetrated MV1. **MARTIN** did not wear a condom during any of these sexual encounters. During some of the sexual encounters, **MARTIN** filmed the two of them having sex. **MARTIN** sometimes sent MV1 videos of the acts over Snapchat for MV1 to watch. **MARTIN** met to have sex with MV1 approximately one (1) to three (3) times a week, every week from September 2023 through approximately June 2024. The last day MV1 saw **MARTIN** was June 24, 2024. MV1 ended his relationship with **MARTIN** around that time.

8. Prior to ending the relationship, MV1 confided in **MARTIN** about how MV1's mother died from a gunshot wound when MV1 was younger. Since MV1 ended the relationship with **MARTIN**, **MARTIN** repeatedly harassed MV1 via text message. MV1 also received text messages from an unknown contact that told MV1 he was going to be like his mother, which MV1 believed referenced the death of his mother.

9. MV1 showed ECSO a screenshot of a text conversation with blessednvrluckky8@icloud.com where he/she said, "nah bitch u aint gonna keep playing on my line. cause when i was in pensacola i would pulled up and packed u and yo aunti out tfk." He/she later stated, "stop playing w grown folks… before u get yo ass ona t shirt… like yo momma."

10. MV1 advised when **MARTIN** would get intoxicated, he was violent and hit MV1. MV1 described an encounter where he received a gash on the bridge of his nose, and another where he received a broken finger. The injury to the finger occurred in approximately March of 2024. MV1 underwent surgery at Sacred Heart Hospital in April 2024. At the time, MV1 told the doctors he injured his finger by slamming a car door on it.

**FORENSIC INTERVIEW OF MV1**

11. On or about August 8, 2024, MV1 was forensically interviewed at the Gulf Coast Kid's House by Case Coordinator Aayana McCreary. During the interview, MV1 provided the following information, in addition to other information provided above: **MARTIN**'s birth date was confirmed as REDACTED, 1987. Via Snapchat, **MARTIN** requested that MV1 send **MARTIN** nude images of MV1, which MV1 did. **MARTIN** worked for May Trucking Company and frequently traveled to Pensacola. **MARTIN** did not use protection and ejaculated inside MV1. MV1 disclosed his age of sixteen (16) years old to **MARTIN** approximately two (2)

5

weeks to one (1) month after they first had sex. **MARTIN** never asked about MV1's age prior to MV1's age disclosure. **MARTIN** recorded videos of **MARTIN** having sex with MV1 using **MARTIN**'s cell phone. MV1 estimated **MARTIN** produced more than ten (10) sexually explicit videos of the two of them. **MARTIN** paid for Uber to drive MV1 to high school daily.

## SUBSEQUENT INVESTIGATION

12.   On or about August 15, 2024, I responded to the residence of MV1 and collected a pink-colored, Apple iPhone 15 Plus, which MV1 stated was purchased for his use by **MARTIN**.

13.   On or about August 16, 2024, MV1 consented to a search of the contents of MV1's Apple iPhone 15 Plus. In reviewing the contents, law enforcement observed multiple videos of child sexual abuse material ("CSAM") sent between **MARTIN** and MV1. Specifically, **MARTIN** sent CSAM to MV1 on or about April 28, May 29, and June 1, 2024. The images and/or videos were sent via Snapchat usernames "**JayXXX**"[2] ("**iamnomXXXXXX**")[3] and "**LaDarrius**" ("**savagetrucker22**"). I also located a screen recording of the above listed Snapchat message thread wherein the CSAM was sent.

---

[2] Partially redacted to protect MV1's identity.
[3] Partially redacted to protect MV1's identity.

## SECOND FORENSIC INTERVIEW OF MV1

14. On or about September 3, 2024, I observed a second forensic interview of MV1 at the Gulf Coast Kid's House, also performed by Case Coordinator Aayana McCreary. MV1 provided the following information: MV1 identified the subject as 36-year-old **MARTIN**. **MARTIN** frequently traveled to the Pensacola area due to his employment as a truck driver, but **MARTIN** also traveled in a personal capacity to see MV1, driving a purple/blue-colored Dodge Challenger. MV1 and **MARTIN** often stayed at the Quality Inn & Suites in the Bayview area (7601 Scenic Hwy., Pensacola, Florida 32504). MV1 and **MARTIN** had sex every time **MARTIN** traveled to see MV1. **MARTIN** had a black Samsung Galaxy S21 cell phone and a white Samsung cell phone. **MARTIN** had a tattoo which said "Dallas" on one of his arms, which MV1 identified as **MARTIN**'s daughter. MV1 was shown multiple images of two males engaged in anal sex; MV1 identified himself and **MARTIN** in the images. Based on the aforementioned, a state arrest warrant for Unlawful Sexual Activity with a Minor was issued for **MARTIN**, drafted by Investigator George Lloyd of the Escambia County Sheriff's Office.

## TELEPHONE SUBSCRIBER INFORMATION

15. On or about September 6, 2024, I received records from AT&T related to telephone numbers REDACTED-2876 and REDACTED-4418. Both numbers were attributed to **MARTIN** with an address of REDACTED, Ridgeland,

7

Mississippi 39157. The following devices were identified as being used by **MARTIN**: Samsung Galaxy S21 Ultra 5G (SM-G998U), International Mobile Equipment Identity ("IMEI") 3501 2167 7301 772; Samsung Galaxy Z FLIP4 (SM-F721U), IMEI 3520 3277 3867 673; Apple iPhone X (A1901), IMEI 3530 4709 1298 905.

## ARREST AND CELL PHONE SEIZURE OF MARTIN

16. On or about September 21, 2024, **MARTIN** was arrested by officers of the Ridgeland Police Department in Mississippi for the Unlawful Sexual Activity with a Minor warrant. During a search incident to arrest, **MARTIN's** cell phone was seized. The cell phone was described as a black-colored, Samsung cell phone with IMEI 3501 2167 7301 772. **MARTIN** provided a passcode of 4108.

17. On or about October 1, 2024, **MARTIN** was extradited from Mississippi to the Escambia County Jail, located in Pensacola, Florida, where he is currently in custody. **MARTIN** provided his address as REDACTED, Ridgeland, Mississippi 39157, the same address referenced in paragraph 5.

## SNAPCHAT RECORDS

18. On or about September 25, 2024, I received records from Snap, Inc. pertaining to username "savagetrucker22," pursuant to a federal search warrant signed by United States Magistrate Judge Zachary C. Bolitho, Northern District of Florida, on September 19, 2024.

19. A review of the records provided by Snap, Inc. for username "savagetrucker22" revealed CSAM was sent to MV1 by **MARTIN** on April 28, May 28, and June 1, 2024. In addition, **MARTIN** also received multiple messages containing CSAM from MV1. Furthermore, **MARTIN** also distributed CSAM to Snapchat account username "montana4595" on July 5, 2024.

## SEARCH WARRANT AND REVIEW OF MARTIN'S CELL PHONE

20. On or about October 3, 2024, a State of Florida Search Warrant was executed for **MARTIN's** cell phone (referenced in paragraph 16). Of note, **"savagetrucker22"** was the same username (referenced in paragraph 17) logged into the Snapchat application on **MARTIN's** cell phone.

21. Further review revealed **MARTIN's** device indicated location information at the Red Roof Inn, located at 2672 Avalon Blvd., Milton, Florida, 32583, between June 8 and June 9, 2024. MV1's device was also located at the same Red Roof Inn on June 8, 2024. MV1 took pictures within the hotel room which captured geolocation metadata, placing MV1 at the Red Roof Inn.

22. In addition, on June 8, 2024, MV1 also connected to the Red Roof Inn WiFi network named "RRI-Guest." On June 9, 2024, MV1's cell phone disconnected from a vehicle Uconnect Bluetooth system associated to the Vehicle Identification Number (VIN) 2C3CDZAGXGH195729, which was associated to a 2016 Dodge Challenger, registered to **MARTIN**.

## UBER TECHNOLOGY RECORDS

23. On or about October 21, 2024, I received records from Uber Technologies, Inc., pertaining to **MARTIN**, pursuant to a federal search warrant signed by United States Magistrate Judge Hope T. Cannon, Northern District of Florida.

24. A review of the records revealed that between June 3 and June 6, 2024, **MARTIN** utilized his Uber accounts and arranged for MV1 to be picked up from his residence and dropped off in the vicinity of Escambia High School.

25. Additionally, on June 24, 2024, the last day MV1 saw **MARTIN** and ended the relationship, MV1 was picked up from his residence at 12:01am CST and dropped off at **MARTIN's** place of employment (May Trucking Company) at 12:19am CST. Five hours later, MV1 was picked up from May Trucking Company at 5:03am CST and dropped off at his residence at 5:22am CST.

26. As it relates to the Uber trip on June 24, 2024, to and from May Trucking Company, law enforcement located a video of MV1 and **MARTIN** engaged in anal sex on MV1's cell phone. During the second forensic interview, the video was presented to MV1, and he was able to identity it as recording himself and **MARTIN**. The video was produced on June 24, 2024, at 12:38am CST. It was apparent in the video that **MARTIN** was holding MV1's cell phone and recording the sex act, due to both of MV1's arms being visible in the video.

## CONCLUSION

Based on the aforementioned information, there is probable cause to believe that **MARTIN** violated: 18 USC § 2422(b), Coercion and Enticement of a Minor; 18 USC § 2423(b), Interstate Travel With Intent to Engage in a Sexual Act With a Minor; 18 USC § 2251(a), Production of Visual Depictions of Minors Engaged in Sexually Explicit Conduct; and 18 USC § 2252A, Receipt and Distribution of Child Pornography. Your affiant, therefore, respectfully requests that the attached Complaint and associated Warrant be issued.

Respectfully submitted,

_____
Christopher A. Myers
Special Agent
Federal Bureau of Investigation


Subscribed and sworn to before me on April 30th, 2025.

_____
HOPE THAI CANNON
United States Magistrate Judge